UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TSEGA TEWOLDEMEDHIN HAGOS,<br>Petitioner,<br>v.<br>CHRISTOPHER CHESTNUT,<br>Respondent. | No. 1:26-cv-04432 TLN SCR<br>A# 221-417-399<br><br>**RELEASE ORDER** |

Petitioner is a federal immigration detainee who filed this habeas corpus action pursuant to 28 U.S.C. § 2241. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On October 27, 2026, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within seven days. Neither party filed objections to the findings and recommendations.

The court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed de novo. *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983). The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 20) are ADOPTED in full.

2. Petitioner's motion to enforce judgment (ECF NO. 15) is GRANTED.

3. Respondent is ordered to IMMEDIATELY RELEASE Petitioner Tsega Tewoldemedhin Hagos (A# 221-417-399) from custody. Respondent may place Petitioner on standard conditions of supervision. At the time of release, Respondent must return all of Petitioner's documents and possessions. Respondent is ordered to file a **notice certifying compliance** with this provision of the Court's Order within **two (2) court days** from the date of this Order.

4. Respondent is ENJOINED AND RESTRAINED from re-arresting or re-detaining Petitioner absent compliance with constitutional protections, including seven-days' notice and a pre-deprivation hearing before a neutral fact-finder where (a) Respondent shows material changed circumstances demonstrate a significant likelihood of Petitioner's removal in the reasonably foreseeable future, or (b) Respondent demonstrated by clear and convincing evidence that the government's interest in protecting the public and/or ensuring Petitioner appears at future immigration proceedings outweighs Petitioner's constitutionally protected interest in remaining free from detention. *See Zadvydas v. Davis*, 533 U.S. 678, 690 (2001); *Hernandez v. Sessions,* 872 F.3d 976 (2018). At any such hearing, Petitioner shall be allowed to have counsel present. If Petitioner becomes subject to a final order of removal under 8 U.S.C. § 1231, Respondent is further ENJOINED from re-detaining Petitioner unless the removal order is lawfully executable and Respondent provides ten days' pre-deprivation notice to Petitioner of their intent to execute the removal order. Such notice may not issue until the removal order is final in accordance with 8 C.F.R. § 1241.1 and until any pending filings are accepted or rejected by the Board of Immigration Appeals.

5. **The Clerk of the Court is directed to Serve California City Correctional Center with a copy of this Order.**

///

///

IT IS SO ORDERED.

DATE: November 9, 2026

TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE